```
Roger C. Hsu - SBN 170589
rchlaw@att.net
Joseph M. Liu - SBN 220938
joseph@liu.net
LAW OFFICES OF ROGER C. HSU
175 South Lake Avenue, Suite 210
Pasadena, CA 91101
Telephone:  (626) 792-7936
Facsimile:  (626) 685-2859
```

Attorneys for Plaintiff Interworks Unlimited, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Interworks Unlimited, Inc., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>Hangzhou Chic Intelligent Technology Co., Ltd., a Chinese company,<br><br>          Defendant. | Case No.  2:19-cv-00665<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to FRCP 41(a), Plaintiff Interworks Unlimited, Inc. voluntarily dismisses the above-captioned action **without** prejudice.

DATED: May 30, 2019                    By: /s/ Joseph M. Liu
                                       Roger C. Hsu - SBN 170589
                                       Joseph M. Liu - SBN 220938
                                       Attorneys for
                                       Plaintiff Interworks
                                       Unlimited, Inc.